UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| LUIS G. FIGUEROA | § § | |
| V. | § § | CIVIL ACTION NO. G-04-500 |
| STEVEN M. HIGGINBOTHAM, ET AL. | § | |

## ORDER OF DISMISSAL

The Court, having been advised by counsel for the Parties that an amicable settlement has been reached in this action, **ORDERS** that this cause be, and it is hereby, **DISMISSED** on the merits without prejudice to the right of counsel of record to move for reinstatement within **sixty (60)** days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

**DONE** at Galveston, Texas, this _____28th_____ day of June, 2006.

John R. Froeschner
United States Magistrate Judge